IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIS, | No. C 12-5673 CW (PR) |
| Petitioner, | ORDER DISMISSING PETITION AND GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS |
| v. | |
| RICK HILL, Warden, | Docket no. 2 |
| Respondent. | |

Petitioner, a state prisoner, has filed the present pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 1998 conviction for murder and attempted murder. Petitioner previously challenged the same conviction in a habeas petition that was denied on the merits. See Ellis v. Roe, Case No. C 01-3141 MMC (PR). Since that denial, this Court has denied, under 28 U.S.C. § 2244, several attempts by Petitioner to present a renewed challenge to his conviction without prior approval from the Ninth Circuit. See Ellis v. Hill, Case No. C 11-05389 CW (PR); Ellis v. Hill, Case No. C 11-05121 CW (PR); Ellis v. Hill, Case No. C 09-00351 CW (PR).

A second or successive petition containing previously raised or new claims may not be filed in the district court unless the petitioner first obtains from the United States Court of Appeals an order authorizing the district court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such authorization. Notably, he has attached to the present petition an order filed by the Ninth Circuit on August 7, 2012, denying his application to that court for authorization to file a second or

successive petition.

Because Petitioner here has not obtained prior approval from the Ninth Circuit for this Court to consider his renewed challenge to his conviction in the present petition, the petition is DISMISSED without prejudice to Petitioner's filing a petition in this Court if he obtains the necessary order from the Ninth Circuit.

In light of Petitioner's lack of funds, his applications to proceed in forma pauperis are GRANTED.

The Clerk of the Court shall terminate all pending motions in the present action, enter judgment and close the file.

This Order terminates Docket no. 2.

IT IS SO ORDERED.

Dated: 11/19/2012

CLAUDIA WILKEN
United States District Judge