IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT ELLIS,  No. C 12-5673 CW (PR)

    Petitioner,  JUDGMENT

    v.

RICK HILL, Warden,

    Respondent.
_____/

For the reasons discussed in the Court's Order of today's date, judgment is hereby entered dismissing the petition for a writ of habeas corpus without prejudice.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 11/19/2012

CLAUDIA WILKEN
United States District Judge